UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ARIEL ROMAN LECHUGA, Petitioner, v. TODD BLANCHE, et al., Respondents. | Case No. 5:26-cv-03416-MWC-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), the Answer to the Petition (Dkt. 6), Petitioner's Reply (Dkt. 7), and the Report and Recommendation of the magistrate judge (Dkt. 9, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered:

1. Granting the Petition, in part, with Respondents ORDERED to:
   a. hold an individualized Rodriguez bond hearing for Petitioner Ariel Roman Lechuga (A# 246 060 997) within seven (7) days of the date of this Order at which the government shall bear the burden of proving by clear and

convincing evidence that Petitioner is a flight risk or danger to the community, with instructions that the bond hearing be presided over by a different immigration judge than the immigration judge who presided over the previous custody redetermination hearing and that the immigration judge provide a written, reasoned decision if bond is denied; OR

b. release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond hearing; and

2. Denying the Petition without prejudice as to all other relief sought as moot and/or unsupported.

IT IS SO ORDERED.

Dated: August 3. 2026

MICHELLE WILLIAMS COURT
United States District Judge