UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ARIEL ROMAN LECHUGA,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 5:26-cv-03416-MWC-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is granted, in part, as follows:

a. Respondents are ORDERED to hold an individualized <u>Rodriguez</u> bond hearing for <u>Petitioner Ariel Roman Lechuga (A# 246 060 997)</u> within seven (7) days of the date of this Order at which the government shall bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community, with instructions

that the bond hearing be presided over by a different immigration judge than the immigration judge who presided over the previous custody redetermination hearing and that the immigration judge provide a written, reasoned decision if bond is denied;

b. If no such bond hearing is provided as directed above, Respondents are ORDERED to release Petitioner from custody; and

c. All other relief sought by the Petition is denied without prejudice.

Dated: August 3, 2026

MICHELLE WILLIAMS COURT
United States District Judge